UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
May 14, 2021
Nathan Ochsner, Clerk

| | |
|---|---|
| Sean White, | § |
|       Plaintiff, | § |
| versus | §    Civil Action H-21-996 |
| Shake Shack Texas, LLC, | § |
|       Defendant. | § |

## Conditional Dismissal

1. Having been advised that Sean White and Shake Shack Texas, LLC, have settled, this case is dismissed with prejudice.

2. By June 14, 2021, the parties may move for reinstatement.

3. The court retains jurisdiction to enforce the settlement

Signed on May __13__, 2021, at Houston, Texas.

                                 Lynn N. Hughes
                          United States District Judge