UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SEAN WHITE | § | |
| | § | CIVIL ACTION NO. 4:21-cv-00996 |
| **Plaintiff** | § | |
| | § | |
| VS. | § | |
| | § | |
| SHAKE SHACK TEXAS, LLC | § | |
| | § | |
| **Defendant** | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
## PURSUANT TO FRCP 41(a)(1)

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE BE ADVISED that the parties in this case, SEAN WHITE Plaintiff and SHAKE SHACK TEXAS, LLC Defendant have reached a resolution of Plaintiff's claims and pursuant to FRCP 41(a)(1)(A)(ii), requests dismissal of all claims against Defendant in their entirety and with prejudice.

### STIPULATION

It is stipulated by and between the parties hereto that this action be dismissed with prejudice as to all parties and as to all causes of action with each party to bear their own attorney's fees and costs.

DATED:   May 28, 2021   FOR SEAN WHITE, Plaintiff

BY:   */s/   R. Bruce Tharpe*
R. Bruce Tharpe
PO Box 101
Olmito, Texas 78575
(956) 255-5111 - Office
(866) 599-2596 - Fax
Texas State Bar ID No. 19823800

Federal Bar ID 13098

DATED:   May 28, 2021   FOR SHAKE SHACK TEXAS, LLC, Defendant

BY: */s/ Teresa S. Valderrama*
**TERESA S. VALDERRAMA**
Texas Bar No. 20422500
SD ID No. 10687
tvalderrama@fisherphillips.com
**FISHER & PHILLIPS LLP**
910 Louisiana Street, Suite 4000
Houston, Texas 77002
(713) 292-0150 Telephone
(713) 292-0151 Fax