UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
June 21, 2021
Nathan Ochsner, Clerk

Sean White, §
§
 Plaintiff, §
§
versus § Civil Action H-21-996
§
Shake Shack Texas, LLC, §
§
 Defendant. §

## Final Dismissal

1. Neither party having moved for reinstatement, this case is dismissed with prejudice.

2. This court retains jurisdiction to enforce the settlement.

Signed on June 21, 2021, at Houston, Texas.

Lynn N. Hughes
United States District Judge